UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re:<br>ANTHONY MARION CONTE<br>MEGAN ELIZABETH CONTE<br>Debtors | Case No. 08-12252 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/14/2008.

2) The plan was confirmed on 07/22/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/23/2008.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/22/2008.

5) The case was dismissed on 05/14/2009.

6) Number of months from filing to last payment: 12.

7) Number of months case was pending: 15.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $     38,750.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (4/1/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $16,060.18 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$16,060.18** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,050.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $859.15 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,909.15** |

Attorney fees paid and disclosed by debtor:   $1,450.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AFNI/ VERIZON WIRELESS | Unsecured | 400.00 | 453.24 | 453.24 | 0.00 | 0.00 |
| ANESTHESIOLOGISTS LTD | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| AT&T UNIVERSAL CARD | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| A-TEC AMBULANCE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 1,200.00 | 1,132.31 | 1,132.31 | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 1,230.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL STATES OPEN MRI | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS BOOK OF MONTH CLUB | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS MEMORIAL HOSPITAL | Unsecured | 635.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS SURGICAL FOUNDATION | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL MORTGAGE | Secured | NA | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 400.00 | 375.26 | 375.26 | 0.00 | 0.00 |
| CONCORD WOODS I CONDO ASSOC | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| DAILY HERALD | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| DAYSPRING PED DENTIST | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| DELNOR COMMUNITY HOSPITAL | Unsecured | 2,250.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| EBAY | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ELGIN FIRE DEPARTMENT | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| GMAC RESCAP LLC | Secured | 12,446.71 | NA | NA | 0.00 | 0.00 |
| GMAC RESCAP LLC | Secured | NA | NA | NA | 0.00 | 0.00 |
| GOOD SAMARITAN HOSPITAL | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| GREATER ELGIN EMERGENCY PHYS | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| GREATER VALLEY MEDICINE | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| HIGHLIGHTS FOR CHILDREN | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| HINSDALE ANESTHESIA ASSOCIATES | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Unsecured | NA | 1,463.70 | 1,463.70 | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Priority | 11,575.00 | 9,748.57 | 9,748.57 | 4,838.53 | 124.78 |
| ILLINOIS STUDENT ASSIST COM | Unsecured | 3,800.00 | 3,827.82 | 3,827.82 | 0.00 | 0.00 |

UST Form 101-13-FR-S (4/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LABORATORY PHYSICIANS LLC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| LORENNS HALLMARK | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| LUTHERAN GENERAL HOSPITAL | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| MATERNAL-FETAL CONSULTANTS | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| MHS PHYSICIAN SERVICES | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST SURGERY SC | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| MOHAMED K GHUMRA MD | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CITY BANK | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL MAGAZINE EXCHANGE | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 600.00 | 701.16 | 701.16 | 0.00 | 0.00 |
| PATRICK CHIROPRACTIC | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| PEDIATRIC FACULTY FOUNDATION | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| PFF EMERGENCY SERVICES | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 1,700.00 | 1,688.58 | 1,688.58 | 0.00 | 0.00 |
| SCHOLASTIC | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 2,430.00 | NA | NA | 0.00 | 0.00 |
| SHORT TERM LOAN | Unsecured | 1,000.00 | 924.00 | 924.00 | 0.00 | 0.00 |
| SPRINT | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| VALLEY AMBULATORY SURGERY | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| VALLEY EMERGENCY CARE | Unsecured | 700.00 | 612.89 | 612.89 | 0.00 | 0.00 |
| VASC ANESTHESIA | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| WELL CARE NEONATOLOGISTS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL ACCEPTN | Unsecured | NA | 1,107.82 | 1,107.82 | 1,107.82 | 3.69 |
| WELLS FARGO FINANCIAL ACCEPTN | Secured | 6,850.00 | 6,850.00 | 6,850.00 | 6,850.00 | 226.21 |
| WELLS FARGO FINANCIAL INC | Unsecured | 1,150.00 | 779.41 | 779.41 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $6,850.00 | $6,850.00 | $226.21 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$6,850.00** | **$6,850.00** | **$226.21** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $9,748.57 | $4,838.53 | $124.78 |
| **TOTAL PRIORITY:** | **$9,748.57** | **$4,838.53** | **$124.78** |
| **GENERAL UNSECURED PAYMENTS:** | **$13,066.19** | **$1,107.82** | **$3.69** |

UST Form 101-13-FR-S (4/1/2009)

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $2,909.15 |
| Disbursements to Creditors | $13,151.03 |
| **TOTAL DISBURSEMENTS** : | **$16,060.18** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/30/2009        By: /s/ Glenn Stearns
                                                   Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (4/1/2009)**